**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHUT VAN NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH EDLOW National Director of the Indianapolis Field Office, U.S. Immigration and Customs Enforcement,<br>TODD LYONS Acting Director of the U.S. Immigration and Customs Enforcement,<br>KRISTI NOEM Secretary of the U.S. Department of Homeland Security,<br>PAMELA BONDI Attorney General of the United States, in their official capacities,<br><br>Respondents. | ) | No. 1:26-cv-00107-TWP-KMB |

**<u>Order Transferring Case to the Northern District of Indiana</u>**

Chut Van Nguyen is an immigrant detainee housed at Miami Correctional Facility. *See* dkt. 1 ¶¶ 44, 48; *see also* U.S. Immigration and Customs Enforcement, "Online Detainee Locator System," https://locator.ice.gov/odls/#/search (search reflecting that Mr. Nguyen is housed at the Miami Correctional Facility as of January 21, 2026). Desiree Thien, as "next friend," filed this habeas action challenging Mr. Nguyen's custody. Dkt. 1.

Venue for a habeas petition lies "in the district court for the district wherein such person is in custody[.]" 28 U.S.C. § 2241(d). Miami Correctional Facility is located in Miami County, Indiana in the Northern District of Indiana. 28 U.S.C. § 94(a)(2). Accordingly, the above action is now **TRANSFERRED** to the South Bend Division of the United States District Court for the Northern District of Indiana.

**IT IS SO ORDERED.**

Date: 1/21/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CHUT VAN NGUYEN
c/o Desiree Thien
54 Union Street
Quincy, MA 02169

CHUT VAN NGUYEN
Miami Correctional Facility
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810